# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JUANA ELVIRA ARRECHEA-GILBERT,**<br><br>**Defendant.** | CASE NO. 3:21CR74(3)TMR<br><br>Related Case: 21mj2462AHG<br>Southern District of California<br>Magistrate Judge Michael S. Berg<br><br>**ORDER** |

## ORDER ON MOTION TO REVOKE BOND

Pursuant to 18 U.S.C. § 3145(a)(1), the United States has moved this Court to revoke the order of bond entered in the Southern District of California for defendant Juana Elvira Arrechea-Gilbert, who is under indictment in this district for drug trafficking charges that trigger a presumption of detention under the Bail Reform Act, *see* 18 U.S.C. § 3142 *et seq.* Having considered the filing of the United States, the Court GRANTS this motion and hereby ORDERS as follows:

1. The order of bond entered on June 22, 2021, by Magistrate Judge Michael S. Berg of the United States District Court for the Southern District of California in *United States v. Arrechea-Gilbert*, Case No. 21mj2462AHG, is revoked.

2. Defendant Juana Elvira Arrechea-Gilbert shall be detained and transported to the United States District Court for the Southern District of Ohio for further proceedings in this case as this Court has concluded that, under the Bail Reform Act, no condition or combination of

conditions will reasonably assure her appearances as required in these proceedings and the safety of the community.

6/25/21
Dated

_____
HONORABLE THOMAS M. ROSE
UNITED STATES DISTRICT COURT JUDGE